1

HONORABLE RONALD B. LEIGHTON

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

JASON JEROME HARRIS,                    CASE NO. C16-5241-RBL

9
                        Plaintiff,

10                                               ORDER DENYING DEFENDANT'S
                                                 MOTION TO TRANSPORT
          v.

11

12        UNITED STATES OF AMERICA,              DKT. #20

                        Defendant.

13

14          THIS MATTER is before the Court on Defendant Harris's Motion to Transport and to

15   Set a Briefing Schedule [Dkt. #20]. Harris moved to vacate his 15-year prison sentence for being

16   a felon-in-possession and an armed career criminal under 28 U.S.C. § 2255. The Court deferred

17   consideration of his motion until the Supreme Court decides *Mathis v. United States*, No. 15-

18   6092. Harris asks the Court to order the government to submit its *Mathis* briefing within 10 days

19   of the Supreme Court's decision and to order the U.S. Marshals Service to transport him to this

20   district for an expedited hearing. The government asks for 14 days and argues Harris's

21   transportation request is premature, because until *Mathis* is decided, the Court cannot assess

22   what type of hearing it will hold and whether Harris has a right to be present.

23

24

ORDER DENYING DEFENDANT'S MOTION TO
TRANSPORT - 1

1    The Court declines to put the cart before the horse. The *Mathis* decision will elucidate

2 what type of hearing the Court will schedule. Within 14 days of the Supreme Court's decision,

3 the government shall submit any briefing. Harris shall have an additional 14 days to respond.

4 Once fully briefed on *Mathis*, the Court will set an expedited hearing, and Harris may re-request

5 transportation at that time.

6    IT IS SO ORDERED.

7    Dated this 9th day of June, 2016.

8

9    _____
     Ronald B. Leighton
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24